UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

      Plaintiff,                                      Case No. 07-CR-123

    v.

DARIN BOWIE,

      Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and in consideration of the guilty verdict of Darin Bowie to Counts One, Three, Four, Five, Six, Seven, Nine, and Ten of the Superseding Indictment;

IT IS HEREBY ORDERED that any right, title, and interest of defendant in the properties described below is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

1. Approximately $20,398.00 in United States currency seized on December 14, 2006, from 6454 North 81st Street, Milwaukee, WI;
2. A black 2000 Mercedes Benz G55 sports utility vehicle, bearing VIN: WDBEG4211Y7120647;
3. Approximately $11,700.00 from US Bank savings account ending in number 8900, held in the names of Designer Wear Clothing, Darin Bowie, and Otis Bowie seized from US Bank in Milwaukee, Wisconsin, on December 20, 2006; and
4. Approximately $1,350.00 from US Bank checking account ending in number 9806, held in the name of Darin Bowie seized from US Bank in Milwaukee, Wisconsin, on December 20, 2006.

IT IS FURTHER ORDERED that the above-listed items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the above-listed items according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 6th day of August, 2009.

/s Lynn Adelman

_____
HONORABLE LYNN ADELMAN
United States District Judge