# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

  v.                                            Case No. 07-CR-123

**DARIN BOWIE**
        **Defendant.**

## ORDER

Defendant Darin Bowie moves for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on guideline amendment 782, which went into effect on November 1, 2014, and generally reduces offense levels in drug trafficking cases by 2. The Sentencing Commission designated this amendment for retroactive application, U.S.S.G. § 1B1.10(d), but provided that the court shall not order a reduced term of imprisonment unless the effective date of the court's order is November 1, 2015, or later, U.S.S.G. § 1B1.10(e). The application notes explain that the court may conduct sentence reduction proceedings after November 1, 2014, provided that any order reducing the defendant's term of imprisonment has an effective date of November 1, 2015, or later. U.S.S.G. § 1B1.10 cmt. n.6.

**IT IS ORDERED** that the government respond to defendant's motion on or before **November 24, 2014**.

Dated at Milwaukee, Wisconsin, this 3rd day of November, 2014.

                                                    /s Lynn Adelman
                                                    LYNN ADELMAN
                                                    District Judge